No. 78.   UNITED STATES *v.* BALTIMORE & ANNAPOLIS RAILROAD CO. ET AL.   Argued December 11, 1939.   Decided December 18, 1939.   *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Hendrick* v. *Maryland*, 235 U. S. 610, 622–623; *Kane* v. *New Jersey*, 242 U. S. 160, 167; *Hodge Co.* v. *Cincinnati*, 284 U. S. 335, 337; *South Carolina State Highway Dept.* v. *Barnwell Bros.*, 303 U. S. 177, 189.   *Assistant Attorney General Shea,* with whom *Solicitor General Jackson* and *Messrs. Warner W. Gardner, Paul A. Sweeney,* and *Enoch*

*E. Ellison* were on the brief, for the United States. *Mr. Edgar Allan Poe* was on a brief for the Baltimore & Annapolis Railroad Co., and *Mr. J. Purdon Wright* was on a brief for O. E. Weller et al., appellees.